IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
SEP 1 8 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 4:18mj106 |
| ) | |
| JUSTIN RODRIGUEZ ) | |

## CRIMINAL INFORMATION
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 2018, within the Eastern District of Virginia, the defendant, JUSTIN RODRIGUEZ, did willfully, knowingly, and unlawfully steal, purloin, and convert to his own use property of the United States or a department or agency thereof, or property made or being made under contract for the United States or any department or agency thereof, to wit: two 4 by 12 foot aluminum plates, property of the National Aeronautics and Space Administration, Langley Research Center, Hampton, Virginia, said property having a value of less than $1000.

(In violation of Title 18 United States Code, Section 641).

G. Zachary Terwilliger
UNITED STATES ATTORNEY

By: _____
Dee Mullarkey Sterling
Assistant United States Attorney
VA Bar No. 25796
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
dee.sterling@usdoj.gov

## CERTIFICATE OF MAILING

I certify that on Sept. 10, 2018 I caused a true and correct copy of the foregoing Criminal Information to be mailed to the defendant, Justin Rodriguez

Dee Mullarkey Sterling
Assistant United States Attorney