AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

| United States of America | ) |
|---|---|
| v. | ) |
| JUSTIN RODRIGUEZ | ) |
| | ) Case No. 4:18mj106 |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | United States District Court 600 Granby Street Norfolk, VA 23510 | Courtroom No.: Magistrate Courtroom Two |
|---|---|---|
| | | Date and Time: 09/28/2018 9:00 am |

This offense is briefly described as follows:

Original Charge: 18 USC 641 - Theft of Government Property


Date: 09/18/2018

_Issuing officer's signature_

ROBERT J. KRASK, U.S. MAGISTRATE JUDGE
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_