## MISDEMEANOR MINUTES:

Time Set: __9:00 a.m.__                    Date: __12/11/2018__
Time Started: __9:13 AM__                  Presiding Judge: __Douglas E. Miller__
Time Ended: __9:13 AM__                    Courtroom Deputy: __J. Jones__
Recorded by: __FTR__                       U.S. Attorney: __Dee Sterling__
                                           Defense Counsel: __Shaun Cline__
Case Number: __4:18 mj 106__    ( ) Retained    ( ) Court-appointed
                                ( ) AFPD        ( ) Waived Counsel
USA v. __Justin Rodriguez__

COUNTS: 1) __Theft of Gov't. Property__
        2) _____
        3) _____
        4) _____

(X) ( ✗ Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
( ) Initial Appearance ( ✗ Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
( ) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
( ✗ Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ✗ DWOP ( ) DWP
( ) Other _____    ( ✗ Granted    ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____    ( ) Granted    ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
( ) Case continued to 9:00 a.m. on _____
( ) Bond set _____ with the following conditions of release:

1) ( ) Probation Office supervision
2) ( ) Shall not operate m/v after consuming alcohol
3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
4) ( ) No consumption ( ) No excessive use of alcohol

5) ( ) Substance abuse testing and if positive treatment as deemed necessary by PO.
6) ( ) Mental health evaluation and treatment as deemed necessary by PO
7) ( ) No use/possession of narcotic/controlled substance unless prescribed by physician
8) ( ) _____

( ) Proffer
( ) Statement by Defendant
( ) Found Guilty        ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody

( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail:_____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation:_____ ( ) Supervised Release:_____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.

( ) _____

## SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:

( ) Defendant prohibited from operating a motor vehicle on a public highway for a period
    of _____ ( ) year(s) ( ) month(s)

( ) Defendant to pay fine and special assessment ( ) immediately ( ) within the first _____ months of probation.

( ) Defendant to participate in a ( ) drug ( ) alcohol ( ) substance abuse ( ) mental health education and treatment
    program as directed by the U. S. Probation Office. ( ) at defendant's expense.

( ) Restricted License Order as directed by the U.S. Probation Office.

( ) Defendant shall serve _____ community service.

( ) Defendant to make restitution in the sum of $ _____ to
    _____

( ) Defendant to submit to random urinalysis testing as directed the U.S. Probation office.

( ) Defendant shall refrain from any unlawful use of a controlled substance.

( ) Defendant is directed to participate in a theft prevention program as directed by the U. S., Probation office.

( ) Defendant directed to serve _____ days in jail ( ) Remanded ( ) Report as directed by U.S.
    Probation Office ( ) jail time may be served on weekends as directed by U.S. Probation

( ) _____

( ) _____

( ) _____

( ) _____

## WITNESSES:

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____

## EXHIBITS:

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____

Govt. _____  Deft _____